UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:25-03627 FWS (ADS) Date: November 6, 2026

Title: *Eddie Walker Jr. v. Patton State Hospital, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| | |
|---|---|
| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On October 5, 2026, the Court issued an Order Dismissing Complaint with Leave to Amend (the "Order"). (Dkt. No. 4.) The Order found that Plaintiff's Complaint is subject to partial dismissal and granted Plaintiff leave to amend. (Id. at 7.) The Court ordered Plaintiff to elect to proceed with one of the options identified in the Order by no later than **November 2, 2026.** (Id.) To date, no response from Plaintiff has been received. In addition, on November 4, 2026, mail sent to Plaintiff's address of record was returned to the Court undeliverable. (Dkt. No. 5.) Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6.

**Plaintiff is ORDERED TO SHOW CAUSE by no later than November 27, 2026, why this action should not be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.** The filing of (1) a Notice of election of one of the options identified in the Court's Order or a First Amended Complaint and (2) a Notice of Change of Address by **November 27, 2026** will discharge this Order to Show Cause.

If Plaintiffs no longer desire to pursue this action, Plaintiffs may also request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:25-03627 FWS (ADS) Date: November 6, 2026

Title: *Eddie Walker Jr. v. Patton State Hospital, et al.*

**Plaintiff is hereby cautioned that failing to comply with this Order may result in the recommendation that this action be dismissed for failure to prosecute, obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh